LDA

UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HEIDI L. WILLSON and
ALAN G. WILLSON

VS.

HOME DEPOT U.S.A., INC. alias,
ABC, INC., CORPORATION
and
WYNN-HOLT EQUIPMENT CORP., alias
XYZ INC. CORPORATION
and JOHN DOE, INC., alias

C.A. NO. PC 08-

CA 08 234S

## NOTICE OF REMOVAL

TO: The Honorable Judges of the
United States District Court
For the District of Rhode Island

Defendant Home Depot U.S.A., Inc. hereinafter referred to as "Home Depot," by their attorneys Higgins, Cavanagh, & Cooney LLP, respectfully states as follows:

1. On or about May 9, 2008, an action was commenced against Home Depot in the Superior Court for the State of Rhode Island, Providence County, Civil Action number: PC08-3409, by the filing of Plaintiff's Complaint. A Notice of Lawsuit and Request for Waiver of Service of Summons and the complaint were allegedly served upon Home Depot by and through its registered agent Corporation Service Company, 222 Jefferson Boulevard, Suite 200, Warwick, RI 02888, on or about May 15, 2008. Copies of the pleadings, as required by 28 U.S.C. §14446(a), are attached hereto as Exhibit "A".

2. The date on which Home Depot is required by the Rhode Island Superior Court Rules of Civil Procedure to answer or otherwise respond with respect to the Complaint has not lapsed.

3. Home Depot desires to exercise its right under the provisions of 28 U.S.C. §1441 to remove this action from the Rhode Island Superior Court, Providence County, in which said action is now pending, to the United States Court for the District of Rhode Island, which embraces the County where this action is now pending.

4. Plaintiff's complaint is based upon an incident that occurred at Home Depot, 100 Stone Hill Rd., Johnston, RI wherein plaintiff was injured while using a cart/wagon, allegedly manufactured by Wynn-Holt, to haul goods. Plaintiff's allegations, among other things, against Home Depot are that the cart/wagon provided by Home Depot for the use of its patrons was negligently designed and manufactured and/or maintained.

5. The above-described action is one which this court has original jurisdiction under the provisions of 28 U.S.C. §1332, Diversity of Citizenship, and is one which may be removed to this Court by Home Depot pursuant to the provisions of 28 U.S.C. §1441(a).

6. The Plaintiff, according to the Complaint filed in the Superior Court for the State of Rhode Island, County of Providence and attached as Exhibit "A", is a resident of the Town of Hope, State of Rhode Island.

7. Home Depot is incorporated in and has its principal place of business in the State of Georgia.

8. The controversy between the Plaintiff and Home Depot exceeds the sum of Seventy-Five Thousand ($75,000) Dollars, exclusive of interest and costs.

9. 28 U.S.C. §1332(a) grants this Court original jurisdiction for cases in which the matter in controversy exceeds the sum or value of $75,000 and is between citizens of different states.

10. 28 U.S.C. §1441(a) provides for the removal from State court of civil actions arising under federal law pursuant to 28 U.S.C. §1332. The above-captioned action is one of which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332 and one which can be removed to this Court by the petitioner pursuant to the provisions of 28 U.S.C. §1441, in that Plaintiff's claim for compensatory damages exceeds $75,000, and the Plaintiff and Home Depot maintain citizenships in different states: the Plaintiff in Rhode Island and Home Depot in Georgia.

11. In accordance with the requirements of 28 U.S.C. §1446, this notice of removal is filed within 30 days of Defendants receipt of a copy of the Notice of Lawsuit and Request for Waiver of Service of Summons and the complaint.

12. A true copy of this petition will be filed with the Clerk of the Superior Court of Providence County, State of Rhode Island.

13. Home Depot reserves the right to amend this Notice of Removal. Home Depot also reserves the right to all defenses.

14. All defendants have joined or consented to this notice of removal.

**WHEREFORE**, Home Depot prays that the above action now pending in the Superior Court of the State of Rhode Island in and for the County of Providence be removed therefrom to this Court.

**PLEASE TAKE NOTICE** that defendants hereby respectfully request a trial by jury.

Defendant
By Its Attorneys,
HIGGINS, CAVANAGH, & COONEY, LLP

Kelly A. Kincaid, Esq. #7363
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903-3987
Telephone: 402-272-3500
Facsimile: 401-273-8780
E-Mail: kkincaid@hcc-law.com

Dated: Providence, Rhode Island
June 12, 2008

I, Kelly A. Kincaid, Esq. attorney for the defendant HOME DEPOT, U.S.A., Inc., being duly sworn upon oath, do hereby verily believe the facts state in the within Petition to be true.

Kelly A. Kincaid, Esq.

**CERTIFICATION OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Removal was served via first class mail on this 12th day of June, 2008 upon:

Fred T. Polacek, Esq.
Law Offices of Fred T. Polacek, Esq.
55 Dorrance Street, Suite 200
Providence, RI 02903

Thomas B. Farrey, III, Esq.
446 Main St.
Worcester, MA 01608-2302

Fatima Rodrigue