UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HEIDI L. WILLSON and<br>ALAN G. WILLSON<br><br>VS.<br><br>HOME DEPOT U.S.A., INC. alias,<br>ABC, INC., CORPORATION<br>and<br>WYNN-HOLT EQUIPMENT CORP., alias<br>XYZ INC. CORPORATION<br>and JOHN DOE, INC., alias | : | C.A. NO. PC 08-<br><br>CA 08 234S |

**ENTRY OF APPEARANCE**

I, Kelly A. Kincaid, hereby enter my appearance on behalf of defendant Home Depot, U.S.A., Inc.

Defendant
By Its Attorneys,

HIGGINS, CAVANAGH, & COONEY, LLP

Kelly A. Kincaid

Kelly A. Kincaid, Esq. #7363
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903-3987
Telephone: 402-272-3500
Facsimile: 401-273-8780
E-Mail: kkincaid@hcc-law.com

**CERTIFICATION OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Entry of Appearance was served via first class mail on this 12th day of June, 2008 upon:

Fred T. Polacek, Esq.
Law Offices of Fred T. Polacek, Esq.
55 Dorrance Street, Suite 200
Providence, RI 02903

Thomas B. Farrey, III, Esq.
446 Main St.
Worcester, MA 01608-2302

Fauna Rodrigues