CA08-234
CA08-235

STAT F RHODE ISLAND AND PROVIDENCE PL ATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2008-3409 HEIDI WILLSON V HOME DEPOT USA INC

Filing Date: 05-09-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY
Status Date: 06-12-2008

Plaintiff: HEIDI WILLSON
ID: @11013134
Attorney: FRED POLACEK

Plaintiff: ALAN WILLSON
ID: @11013135
Attorney: FRED POLACEK

Defendant: HOME DEPOT USA INC
ID: @11013136

Defendant: WYNN HOLT EQUIPMENT CORP
ID: @11013138

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-09-2008 | COMPLAINT FILED | |
| 05-09-2008 | INITIAL FILING FEE | |
| 05-09-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP273183. |
| 06-12-2008 | NOTICE OF REMOVAL | |
| 06-12-2008 | CASE REMVD TO US DISTRICT CT | CA 2008- 234S |
| 06-12-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island