UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HEIDI L. WILLSON and<br>ALAN G. WILLSON<br><br>VS.<br><br><br>HOME DEPOT U.S.A., INC. alias,<br>ABC, INC., CORPORATION<br>and<br>WYNN-HOLT EQUIPMENT CORP., alias<br>XYZ INC. CORPORATION<br>and JOHN DOE, INC., alias | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br>C.A. NO. 08-234 S-LDA |

**ANSWER OF DEFENDANT,**
**HOME DEPOT, USA, INC. TO PLAINTIFF'S COMPLAINT**

**FIRST DEFENSE**

Defendant is without information to admit or deny the allegation contained in paragraphs 1, 2, 4 and 5, admit that it does business in the State of Rhode Island and deny all other allegations of the plaintiff's complaint including the introductory paragraphs and Counts 2, 3 and 4.

**SECOND DEFENSE**

The plaintiff's injuries and damages, if any, were occasioned by conduct of persons or entities other than this defendant.

**THIRD DEFENSE**

Plaintiff's complaint fails to state cause of action against the defendant.

**FOURTH DEFENSE**

Plaintiff voluntary assumed the risk of injury.

**FIFTH DEFENSE**

This Defendant bears no liability as to the injuries set forth in Plaintiff's Complaint.

**JURY DEMAND**

Defendant claims a trial by jury.

Defendant
By Its Attorneys,

HIGGINS, CAVANAGH, & COONEY, LLP

/s/ Stephen B. Lang, Esq.
Stephen B. Lang (#0145)
Kelly A. Kincaid, Esq. #7363
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903-3987
Telephone: 402-272-3500
Facsimile: 401-273-8780
E-Mail: slang@hcc-law.com

**CERTIFICATION OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Entry of Appearance was served via first class mail on this 23rd day of July, 2008 upon:

Fred T. Polacek, Esq.
Law Offices of Fred T. Polacek, Esq.
55 Dorrance Street, Suite 200
Providence, RI 02903

Thomas B. Farrey, III, Esq.
446 Main St.
Worcester, MA 01608-2302

/s/ Stephen B. Lang, Esq.