**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| HEIDI L. WILSON AND<br>ALAN G. WILSON,<br>Plaintiffs, | ) | |
| Vs. | ) | **CIVIL ACTION NUMBER 2008-234 S-LDA** |
| HOME DEPOT, U.S.A., INC., ALIAS,<br>ABC INC. CORPORATION AND<br>WYNN-HOLT EQUIPMENT CORP.,<br>ALIAS XYZ INC. CORPORATION<br>AND JOHN DOE,<br>Defendants. | ) | |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter my appearance for the defendant, **WIN-HOLT EQUIPMENT GROUP** (misnamed in the caption of the plaintiff's Complaint as Wynn-Holt Equipment Corp.), in the above case.

Win-Holt Equipment Group,

By Their Attorney:

Dated: August 5, 2008

______________________________

**JAMES T. HUGGARD**
Burns & Farrey
446 Main Street
Worcester, MA 01608
Tel.: 508.756.6288
BBO: 546407

**CERTIFICATE OF SERVICE**

I, James T. Huggard, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 5, 2008.

JTH/mm
(40)

______________________________
**JAMES T. HUGGARD**